IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McDowell, Barn | Case Number: 06 B 16418 |
|---|---|---|
| | McDowell, Ingrid E | Judge: Wedoff, Eugene R |
| | Printed: 10/14/08 | Filed: 12/12/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 11, 2008
Confirmed: February 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 30,582.00 | |
| Secured: | | 3,434.64 |
| Unsecured: | | 14,346.49 |
| Priority: | | 9,164.84 |
| Administrative: | | 1,500.00 |
| Trustee Fee: | | 1,636.38 |
| Other Funds: | | 499.65 |
| Totals: | 30,582.00 | 30,582.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lehman & Fox | Administrative | 1,500.00 | 1,500.00 |
| 2. | TRI State Financial | Secured | 3,434.64 | 3,434.64 |
| 3. | Internal Revenue Service | Priority | 8,732.81 | 8,732.81 |
| 4. | Illinois Dept of Revenue | Priority | 432.03 | 432.03 |
| 5. | Surety Finance | Unsecured | 450.00 | 450.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 875.51 | 875.51 |
| 7. | Internal Revenue Service | Unsecured | 396.62 | 396.62 |
| 8. | RJM Acquisitions LLC | Unsecured | 90.99 | 90.99 |
| 9. | AmeriCash Loans, LLC | Unsecured | 837.54 | 837.54 |
| 10. | Pay Day Loans | Unsecured | 841.68 | 841.66 |
| 11. | Jefferson Capital | Unsecured | 701.51 | 701.51 |
| 12. | Premier Bankcard | Unsecured | 467.99 | 467.99 |
| 13. | Premier Bankcard | Unsecured | 349.22 | 349.22 |
| 14. | AmeriCash Loans, LLC | Unsecured | 381.70 | 381.70 |
| 15. | AmeriCash Loans, LLC | Unsecured | 3,557.64 | 3,557.64 |
| 16. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 17. | AmeriCash Loans, LLC | Unsecured | 3,270.15 | 3,270.15 |
| 18. | ECast Settlement Corp | Unsecured | 2,125.96 | 2,125.96 |
| 19. | Money Market | Unsecured | | No Claim Filed |
| 20. | Check N Go | Unsecured | | No Claim Filed |
| 21. | Pay Day Loans | Unsecured | | No Claim Filed |
| 22. | Pay Day Loans | Unsecured | | No Claim Filed |
| 23. | Pay Day Loans | Unsecured | | No Claim Filed |
| 24. | Readers Service | Unsecured | | No Claim Filed |
| 25. | Pay Day Loans | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: McDowell, Barn<br>McDowell, Ingrid E<br>Printed: 10/14/08 | Case Number: 06 B 16418<br>Judge: Wedoff, Eugene R<br>Filed: 12/12/06 |

| | | | |
|---|---|---|---|
| 26. Asset Acceptance | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 28,445.99 | $ 28,445.97 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1,566.03 |
| 6.5% | 70.35 |
| | _____ |
| | $ 1,636.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_(signature)_